# EXHIBIT A

Español  Tiếng Việt  한국어  中文  հայերեն

Search

| Home | Online Services<br>Pay Fines, Search Records... | Forms, Filings & Files<br>Forms, Filing Fees... | Self-Help<br>Self-Rep, Info, FAQs... | Divisions<br>Civil, Criminal, Family... | Jury<br>Jury Duty Portal, Q&A... | General Info<br>Courthouses, ADA ... |

ONLINE SERVICES

# Case Access


LANGUAGE ACCESS
English

PRINT    NEW SEARCH

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 21STCV21017
DAVID MCLAUGHLIN VS HOMELIGHT, INC.

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 06/04/2021
**Case Type:** Other Commercial/Business Tort (not fraud/ breach of contract) (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**10/18/2021** at 08:30 AM in Department 49 at 111 North Hill Street, Los Angeles, CA 90012
Case Management Conference

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

HOMELIGHT INC. - Defendant
MCLAUGHLIN DAVID - Plaintiff
MEEHAN SCOTT ALLEN - Attorney for Plaintiff

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**
**06/14/2021** Notice of Case Management Conference
Filed by Clerk

**06/04/2021** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**06/04/2021** Civil Case Cover Sheet
Filed by DAVID McLAUGHLIN (Plaintiff)

**06/04/2021** Summons (on Complaint)
Filed by DAVID McLAUGHLIN (Plaintiff)

**06/04/2021** Complaint
Filed by DAVID McLAUGHLIN (Plaintiff)

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Proceedings Held (Proceeding dates listed in descending order)**
None

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Register of Actions (Listed in descending order)**

**06/14/2021** Notice of Case Management Conference
Filed by Clerk

**06/04/2021** Summons (on Complaint)
Filed by DAVID McLAUGHLIN (Plaintiff)

**06/04/2021** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**06/04/2021** Complaint
Filed by DAVID McLAUGHLIN (Plaintiff)

**06/04/2021** Civil Case Cover Sheet
Filed by DAVID McLAUGHLIN (Plaintiff)

[ NEW SEARCH ]