JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCLAUGHLIN, | Case No. 2:21-cv-05379-MCS-KES |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HOMELIGHT, INC., and DOES 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to this Court's Order Re: Motion to Dismiss,

IT IS ADJUDGED that this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 17, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1